

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Carlos Gonzalez, et al.
**Plaintiff,**
v.
CoreCivic, Inc.
**Defendant.**

Civil No.  3:17-cv-02573

**PRO HAC VICE APPLICATION**

Plaintiffs
Party Represented

I, __Korey A. Nelson__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Burns Charest, LLP
Street address: 365 Canal St., Suite 1170
City, State, ZIP: New Orleans, LA 70130
Phone number: 504-799-2845
Email: knelson@burnscharest.com

That on  October 28, 2005  I was admitted to practice before  Supreme Court of Louisiana
         (Date)                                                  (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Nelson
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Robert R. Ahdoot                                310-474-9111
(Name)                                          (Telephone)

Ahdoot & Wolfson, APC
(Firm)

8424 Santa Monica Blvd., Ste 575, West Hollywood, CA 90069
(Street)                                        (City)                    (Zip code)

/s/ Korey A. Nelson
(Signature of Applicant)

I hereby consent to the above designation.   /s/ Robert R. Ahdoot
(Signature of Designee Attorney)