
# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Carlos Gonzalez, et al.  
**Plaintiff,**

v.

CoreCivic, Inc.  
**Defendant.**

Civil No. 3:17-cv-02573

## PRO HAC VICE APPLICATION

Plaintiffs  
(Party Represented)

I, __Lydia A. Wright__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Burns Charest, LLP  
Street address: 365 Canal St., Suite 1170  
City, State, ZIP: New Orleans, LA 70130  
Phone number: 504-799-2845  
Email: lwright@burnscharest.com  

That on October 19, 2017 (Date) I was admitted to practice before Supreme Court of Louisiana (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____  
Case Number _____  Date of Application _____  
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lydia A. Wright  
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Robert R. Ahdoot (Name)    310-474-9111 (Telephone)

Ahdoot & Wolfson, APC (Firm)

8424 Santa Monica Blvd., Ste 575, West Hollywood, CA 90069  
(Street)                    (City)                    (Zip code)

/s/ Lydia A. Wright  
(Signature of Applicant)

I hereby consent to the above designation.    /s/ Robert R. Ahdoot  
(Signature of Designee Attorney)