UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, JUAN JOSE MERINO-RODAS, MARIBEL GUTIERREZ-CANCHOLA, GLADYS CARRERA-DUARTE, and JENNYE PAGOADA-LOPEZ, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>                                    Defendant. | Case No.:  17-CV-2573 JLS (SBC)<br><br>**ORDER REQUESTING PARTIES TO FILE JOINT STATUS REPORT** |

On April 4, 2018, this Court stayed the instant litigation pending the Court's resolution of class certification or other dispositive motions in a related matter, *Owino v. CoreCivic, Inc.*, 17-CV-1112. *See generally* ECF No. 44 ("Order").  Both matters involve allegations that the same Defendant—CoreCivic, Inc.—undercompensated some civil immigration detainees and forced others to work for no pay.  Order 2.  This Court has since certified the *Owino* class, *Owino v. CoreCivic, Inc.*, No. 17-CV-1112, 2020 WL 1550218 (S.D. Cal. Apr. 1, 2020), and Defendant's appeal of that certification is now resolved, *CoreCivic, Inc. v. Owino*, 143 S. Ct. 2612 (2023) (denying petition for writ of certiorari). The Court therefore **ORDERS** the Parties to **MEET AND CONFER** regarding the status

17-CV-2573 JLS (SBC)

of this litigation and their anticipated next steps.  The Parties **SHALL FILE** a joint status report within <u>fourteen (14)</u> days of the electronic docketing of this Order.  The joint status report shall not exceed 15 pages.

**IT IS SO ORDERED.**

Dated:  September 5, 2023

Hon. Janis L. Sammartino
United States District Judge

17-CV-2573 JLS (SBC)